JS-6

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GREAT BOWERY, INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>RABERCOM ENTERPRISES LLC d/b/a LEE BAILEY'S EURWEB.COM; HARVEY LEE BAILEY, individually; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-07364-PA-PVC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DECLINING TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT TERMS** |

The parties have stipulated that they have dismissed this case against all named Defendants, including DOES 1 through 10, inclusive, consistent with Fed. R. Civ. P. 41(a)(1)(A)(ii) and conditioned the dismissal upon the Court retaining jurisdiction to enforce the terms of the parties' settlement agreement. (Stipulation of Dismissal, ECF No. 44.)

IT IS HEREBY ORDERED as follows:

**(1)** The Court DISMISSES this action and directs the Clerk to close this case. All pending motions are DENIED as moot; all pending deadlines and hearings are VACATED.

1

**(2)** The Court declines to retain jurisdiction over this matter until July 31, 2027 to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED** on this 8th day of May 2026.

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE